# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: MARTIN A. LAW, SR. § Case No. 09-74431
      JOANN LAW §
                                §
          Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/09/2009.

2) The plan was confirmed on 03/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 11/18/2014.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,745.65.

10) Amount of unsecured claims discharged without full payment: $29,895.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 88,207.68 | |
| Less amount refunded to debtor(s) | $ 6,203.38 | |
| **NET RECEIPTS** | | $ 82,004.30 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,125.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 4,871.09 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,996.09 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,787.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MACEY BANKRUPTCY LAW, PC | Lgl | 3,912.00 | 3,912.00 | 3,912.00 | 2,125.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 16,650.22 | 16,650.22 | 16,650.22 | 16,650.22 | 1,600.82 |
| FORD MOTOR CREDIT CORP | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOX RIVER RESORT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Sec | 5,270.00 | 5,660.46 | 5,270.00 | 5,270.00 | 230.56 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 0.00 | 390.46 | 390.46 | 0.00 |
| AFNI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS | Uns | 474.00 | NA | NA | 0.00 | 0.00 |
| BALLYS | Uns | 361.00 | NA | NA | 0.00 | 0.00 |
| BALLYS | Uns | 361.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 436.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,045.00 | 1,049.54 | 1,000.06 | 1,000.06 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,005.00 | 5,666.06 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VANDA, LLC | Uns | 931.00 | 1,144.36 | 1,144.36 | 1,144.36 | 0.00 |
| CENTRAL COLLECTION COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 864.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 841.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 436.00 | 926.70 | 926.70 | 926.70 | 0.00 |
| CREDITORS PROTECTION | Uns | 251.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| DR. ALLISON BENTHAL | Uns | 1,710.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK dba IKEA | Uns | 563.00 | 563.79 | 563.79 | 563.79 | 0.00 |
| GE MONEY BANK dba IKEA | Uns | 254.00 | 254.91 | 254.91 | 254.91 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,919.00 | 2,919.98 | 2,919.98 | 2,919.98 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,260.00 | 2,260.51 | 2,260.51 | 2,260.51 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,739.00 | 1,739.91 | 1,739.91 | 1,739.91 | 0.00 |
| GEMB / MUSICIANS FRIEND | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 1,815.00 | 1,850.62 | 1,850.62 | 1,850.62 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 812.00 | 812.37 | 812.37 | 812.37 | 0.00 |
| HEALTH CARE BILLING SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,432.00 | 1,456.75 | 1,456.75 | 1,456.75 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,738.00 | 1,782.19 | 1,782.19 | 1,782.19 | 0.00 |
| HSBC BANK | Uns | 1,432.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 550.00 | 565.15 | 565.15 | 565.15 | 0.00 |
| LVNV FUNDING LLC | Uns | 773.00 | 830.33 | 830.33 | 830.33 | 0.00 |
| HSBC / RS | Uns | 12,134.00 | NA | NA | 0.00 | 0.00 |
| HSBC / TAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTASSOC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 294.00 | 294.21 | 294.21 | 294.21 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 358.00 | 358.07 | 358.07 | 358.07 | 0.00 |
| LOWES / MBGA | Uns | 358.00 | NA | NA | 0.00 | 0.00 |
| LOWES / MBGA | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,058.00 | 1,058.98 | 1,058.98 | 1,058.98 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 106.00 | 105.75 | 105.75 | 105.75 | 0.00 |
| NICOR GAS | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILL SCANNING | Uns | 1,942.00 | NA | NA | 0.00 | 0.00 |
| NWI PATHOLOGY CONSULT PC | Uns | 55.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OPTIMUM MASTERCARD | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 206.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 578.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 2,292.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 100.00 | 100.35 | 100.35 | 100.35 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 812.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 511.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 313.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 254.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 1,605.39 | 1,351.74 | 1,351.74 | 0.00 |
| ROCKFORD SURGICAL SERVICE | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| ROGERS ENTERPRISES | Uns | 693.00 | 693.69 | 693.69 | 693.69 | 0.00 |
| ROGERS & HOL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SAINT ANTHONY MEDICAL | Uns | 1,235.00 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 116.00 | 206.00 | 206.00 | 206.00 | 0.00 |
| ST MARY MEDICAL CENTER | Uns | 166.00 | 100.00 | 100.00 | 100.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 584.00 | 584.98 | 584.98 | 584.98 | 0.00 |
| SST / COLUMBUS BANK & TRUST | Uns | 714.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED CRDT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 569.00 | 888.18 | 888.18 | 888.18 | 0.00 |
| GENE WARBICKI | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 13,830.88 | 13,830.88 | 13,830.88 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 1,103.32 | 1,051.31 | 1,051.31 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 12,134.38 | 12,134.38 | 12,134.38 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 21,920.22 | $ 21,920.22 | $ 1,831.38 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 21,920.22 | $ 21,920.22 | $ 1,831.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 51,256.61 | $ 51,256.61 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 6,996.09 |
| Disbursements to Creditors | $ 75,008.21 |
| **TOTAL DISBURSEMENTS:** | $ 82,004.30 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  05/12/2015           By:  /s/ Lydia S. Meyer
                                         Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)